IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STEPHANIE PARKER, )
C/O The Estate / Social – Security )
(prior - past) Approved - "Benefit(s)" )
of; Natural - Paternal Father Leonard )
C. Parker Soc. Sec. No. [deleted], )
)
      Plaintiff, )
  v. )
)
ROBERTI, WITTENBERG, )
LAUFFER & WICKER, P.A. Legal - )
Professional Association {Vel non} )
& All, All Affiliate(s) / Subsidiaries )
Hereunder; 15 U.S.C. § 80a-2, )        1:05CV171
)
      Defendant(s), and )
)
Ruth Cohen Hammer, Jonathan )
Speight, Jo Anne B. Barnhart, )
Laura Stuchlik, Peggy Shipley, & )
John Snow et al., )
)
      "Nominal - Defendant(s)".[1] )

**J-U-D-G-M-E-N-T**

On April 6, 2005, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636(b). No objections were received by the court within the time prescribed by the statute.

The court hereby adopts the Magistrate Judge's Recommendation.

---

[1] The court here simply restates the parties' names as Plaintiff has styled them in the caption of her complaint.

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be DISMISSED sua sponte with prejudice.

_____
United States District Judge

DATE: September 28, 2005